UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JESSICA LEWIS | CIVIL ACTION |
| VERSUS | NO: 22-4143 |
| PLAQUEMINES PARISH SCHOOL BOARD | SECTION: "KWR" |

### RULE 16/PRELIMINARY CONFERENCE ORDER

A Scheduling Conference shall be conducted before the undersigned Magistrate Judge on **March 8, 2023, at 1:30 PM** in Room B437 of the Hale Boggs Federal Building, 500 Poydras Street, New Orleans, La. See Federal Rule Civil Procedure 16.

1. The purpose of the conference is to focus counsel's attention on the issues actually in dispute and arrive at a schedule to manage discovery.

2. The Court strives in all cases for a just, speedy and inexpensive determination of every action. Federal Rules of Civil Procedure Rule 1.

3. The Scheduling Order will reflect these goals.

4. At least **seven (7)** days prior to the conference scheduled herein, counsel shall meet and confer pursuant to Federal Rules of Civil Procedure 26(f), and shall prepare a discovery plan which will be discussed during the scheduling conference.

5. Counsel are further advised that unless the parties stipulate otherwise, and the Court concurs, the rules limit the number of **Interrogatories (25)** and depositions (10) which each party may seek. See Rules 26(b), 26(d). The Court may also impose limits on the time permitted for the conduct of depositions, Fed. R. Civ. P. 30(d)(2), and regulate the conduct of depositions; Fed. R. Civ. P. 30(d)(1)

6. At the conference with the Court, all parties who are not appearing pro se shall be represented by counsel who shall be familiar with the file and shall have full authority to bind their clients in all pretrial matters.

7. Counsel for plaintiff(s) shall notify any party who hereafter enters an appearance of the above conference and forward to that party a copy hereof, together with a copy of any Scheduling Order entered as a result of this conference;

8. The parties shall advise the undersigned immediately if this matter has been settled or terminated so that the above conference may be canceled.

9. The parties shall also be prepared to discuss settlement.

New Orleans, Louisiana, this 9th day of February 2023

_____
**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**