MINUTE ENTRY
ROBY, M. J.
March 8, 2023

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JESSICA LEWIS** | **CIVIL ACTION** |
| **VERSUS** | **NO: 22-4143** |
| **PLAQUEMINES PARISH SCHOOL BOARD** | **SECTION: "KWR"** |

A **RULE 16 SCHEDULING CONFERENCE** was held this date.

**PRESENT**:   Stephanie Dovalina representing the plaintiff;  Melissa Losch representing the defendant.

Pleadings have been completed.  Jurisdiction and venue are established.

**NO MOTION FOR AN ORDER RELATING TO DISCOVERY MAY BE FILED UNTIL THE PARTIES HAVE HAD A CONFERENCE WITH THE COURT**[1]

All pretrial **motions**, including motions *in limine* regarding the admissibility of expert testimony, shall be filed in time to be heard on **December 6, 2023**.  Any motions filed in violation of this order shall be deemed waived unless good cause is shown.  All other motions *in limine* shall be allowed to be filed up to the time of trial or as otherwise ordered by the Court.

Counsel shall complete all disclosure of information as follows:

Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) have  been completed.

**MJSTAR :  00:26**

---

[1] As amended by Federal Rules of Civil Procedure Rule 16(b)(3)(b) effective December 1, 2015.

**Depositions** for trial use shall be taken and all discovery shall be completed not later than **November 1, 2023**

**Amendments to pleadings**, third-party actions, cross-claims, and counterclaims shall be filed no later than 30 days from the date of the Preliminary Conference.

**Counsel adding new parties subsequent** to mailing of this Notice shall serve on each new party a copy of this Minute Entry. Pleadings responsive thereto, when required, shall be filed within the applicable delays therefor.

**Written reports of experts**, including treating physicians, who may be witnesses for Plaintiffs fully setting forth all matters about which they will testify and the basis therefor shall be obtained and delivered to counsel for Defendant as soon as possible, but in no event later than 90 days prior to Final Pretrial Conference Date.

**Written reports of experts**, including treating physicians, who may be witnesses for Defendants fully setting forth all matters about which they will testify and the basis therefore shall be obtained and delivered to counsel for Plaintiff as soon as possible, but in no event later than 60 days prior to Final Pretrial Conference Date.

Counsel for the parties shall file in the record and serve upon their opponents **a list of all witnesses who may or will be called to testify at trial and all exhibits** which may or will be used at trial not later than 60 days prior to Final Pretrial Conference Date.

The Court will not permit any witness, expert or fact, to testify or any exhibits to be used unless there has been compliance with this Order as it pertains to the witness and/or exhibits, without an order to do so issued on motion for good cause shown.

**Settlement**:   A settlement conference is scheduled on **January 18, 2024** at **10:00AM.**

This case does not involve extensive documentary evidence, depositions or other discovery. No special discovery limitations beyond those established in the Federal Rules, Local Rules of this Court, or the Plan are established.

Deadlines, cut-off dates, or other limits fixed herein may only be extended by the Court upon timely motion filed in compliance with the Plan and Local Rules and upon a showing of good cause. Continuances will not normally be granted. If, however, a continuance is granted, deadlines and cut off dates will be automatically extended, unless otherwise ordered by the court.

**All parties have consented to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636 (c), Accordingly**,

**A Final Pretrial Conference** will be held on **February 2, 2024 at 1:30PM** before this Magistrate Judge. Counsel will be prepared in accordance with the final Pretrial Notice attached. Counsel shall submit the original and one copy of the pre-trial order to this Magistrate Judge no later than **.**

**Trial** will commence on **February 20, 2024 at 8:30AM** before the Magistrate Judge **with a jury.** Attorneys are instructed to report for trial not later than 30 minutes prior to this time. The starting time on the first day of a jury trial may be delayed or moved up because of jury pooling. Trial is estimated to last **(3) three** days.

**The Clerk of Court is directed to provide all counsel with a copy of the appropriate Pretrial Notice as an attachment to this Order.**

New Orleans, Louisiana, this 8th day of March 2023

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**