UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| Jessica Lewis, | * | Civil Action No. 2:22-cv-04143 |
| *Plaintiff* | * | |
| | * | |
| vs. | * | Judge Eldon E. Fallon |
| | * | |
| Plaquemines Parish School Board, | * | |
| *Defendant* | * | Magistrate Karen Wells Roby |
| | * | |

**************************************************************************

## MOTION TO WITHDRAW COUNSEL OF RECORD

**NOW INTO COURT,** through undersigned counsel, comes defendant, Plaquemines Parish

School Board, who moves the Court to withdraw Melissa S. Losch, Bar Roll No. 26811, as counsel of

record as she is no longer affiliated with the law firm of Hammonds, Sills, Adkins, Guice, Noah and

Perkins, LLP. Undersigned counsel has contacted Ms. Losch who consents to this motion.

**Respectfully submitted,** this the 21ˢᵗ day of July, 2023

> **HAMMONDS,  SILLS,  ADKINS,  GUICE, NOAH  & PERKINS LLP**
> 2431 S. Acadian Thruway, Suite 600
> Baton Rouge, Louisiana   70808
> Telephone:      225/923-3462
> Facsimile:      225/923-0315
>
> */s/ Robert L. Hammonds*
> **ROBERT L. HAMMONDS**
> Louisiana Bar Roll No. 6484
> **PAMELA WESCOVICH DILL**
> Louisiana Bar Roll No. 31703
> **JOHN R. BLANCHARD**
> Louisiana Bar Roll No. 37036

**CERTIFICATE OF CONSENT**

I hereby certify that pursuant to Local Rule 83.2.11 that I have contacted the withdrawing counsel, Melissa S. Losch, and obtained her consent to file the instant Motion to Withdraw Counsel.

**SO CERTIFIED**, this the 21st day of July, 2023.

_s/ Robert L. Hammonds_
**ROBERT L. HAMMONDS**

**CERTIFICATE OF SERVICE**

I do hereby certify that, on the date stated below, a true and correct copy of the above and foregoing **MOTION** was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the court's electronic filing system.

**BATON ROUGE, LOUISIANA,** this 21st day of July, 2023

_s/ Robert L. Hammonds_
**ROBERT L. HAMMONDS**