UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **Jessica Lewis,** | * | Civil Action No. 2:22-cv-04143 |
| *Plaintiff* | * | |
| | * | |
| vs. | * | Judge Eldon E. Fallon |
| | * | |
| **Plaquemines Parish School Board,** | * | |
| *Defendant* | * | Magistrate Karen Wells Roby |
| | * | |

**********************************************************************

### ORDER

**CONSIDERING THE FOREGOING** Motion to Withdraw Counsel of Record,

**IT IS ORDERED** that the motion be and is granted, and Melissa S. Losch, Bar Roll No. 26811, is withdrawn as counsel of record in the above-captioned matter.

**SO ORDERED**, this the ___14th___ day of ___August___, 2023.

_____
UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE

1